

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Bryan Seth Williams, Appellant

No. 06-21-00023-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 48326-A).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the bill of costs and judgment by deleting $249.00 in duplicative court costs and to reflect that the amount of court costs owed is $145.00.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Bryan Seth Williams, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 7, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk